[S. F. No. 973. Department Two.—December 8, 1897.]

W. B. HELLINGS et al., Appellants, v. HENRIETTA DUVAL et al., Respondents.

APPEAL — INFORMAL CERTIFICATE TO TRANSCRIPT — MOTION TO DISMISS— LEAVE TO ADD CERTIFICATE.—An appeal will not be dismissed on account of an informal certificate to the transcript, where the appellant produces a proper certificate, and he will be allowed to add such certificate to the record.

ID.—OMISSION OF PARTS OF JUDGMENT ROLL — DISMISSAL — EXCEPTIONS TO
TRANSCRIPT.—The objection that some portions of the judgment roll
have been omitted from the transcript is not ground for the dis-
missal of an appeal, in the first instance; but the remedy of the
respondent is to notify appellant of his exceptions to the trans-
cript, at least five days before the hearing of the appeal, under rule
XV of this court. The appellant will then have an opportunity
to supply the papers, and, failing to do so, must take the risk of
having his appeal dismissed.

MOTION to dismiss an appeal from a judgment of the Supe-
rior Court of the City and County of San Francisco. James M.
Troutt, Judge.

The facts are stated in the opinion of the court.

T. M. Osmont, and Charles H. Hubbs, for Appellants.

Henry S. Foote, and Sidney M. Van Wyck, Jr., for Respond-
ents.

TEMPLE, J.—This is a motion to dismiss the appeal from the
judgment, on the ground that the time for filing the transcript
on appeal has expired and no transcript has been filed, and be-
cause the pretended record which was filed contains no copy of
the judgment-roll.

The first ground is based upon the informal certificate to the
transcript. The appellant has produced a proper certificate,
which we think he should be allowed to add to his record. This
disposes of the first point.

The objection that some portions of the judgment-roll have
been omitted is not a ground for the dismissal of an appeal. The
remedy of the respondent in such case is to notify the appellant
of his exceptions, at least five days before the hearing of the
appeal, under rule XV of this court. The appellant will then
have an opportunity to supply the papers, and, failing to do so,
must take the risk of having his appeal dismissed.

Appellant is allowed to amend the certificate to the transcript,
and thereupon the motion to dismiss is denied.

McFarland, J., and Beatty, C. J., concurred.